IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES JARAMILLO** *et al.*, | |
| *Plaintiffs*, | Civil Action |
| *v.* | No. 19-cv-4936 |
| **CITY OF COATESVILLE** *et al.*, | |
| *Defendants*. | |

### ORDER

**AND NOW**, this 31st day of August, 2023, upon consideration of Defendants' motion for summary judgment (ECF No. 50), and the responses and replies thereto, and for the reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 50) is **GRANTED**.

2. **JUDGMENT** is entered in favor of Defendants and against Plaintiffs on all claims.

3. The Clerk of Court shall close this case.

BY THE COURT:

/s/ *Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1